*State, Respondent, v. Bryson, Petitioner*, No. 92007-9. Petition for review of a decision of the Court of Appeals, No. 45758-0-II, July 7, 2015, 188 Wn. App. 1040. *Denied* January 6, 2016.

*State, Respondent, v. Castillo-Murcia, Petitioner*, No. 92024-9. Petition for review of a decision of the Court of Appeals, No. 32168-1-III, June 25, 2015, 188 Wn. App. 539. *Denied* January 6, 2016.

*State, Respondent, v. McKay-Erskine, Petitioner*, No. 92025-7. Petition for review of a decision of the Court of Appeals, No. 45587-1-II, June 30, 2015, 188 Wn. App. 1035. *Denied* January 6, 2016.

*State, Respondent, v. Alexis, Petitioner*, No. 92026-5. Petition for review of a decision of the Court of Appeals, No. 71342-6-I, June 8, 2015, 188 Wn. App. 1007. *Denied* January 6, 2016.

*State, Respondent, v. Ejonga, Petitioner*, No. 92030-3. Petition for review of a decision of the Court of Appeals, No. 70069-3-I, May 26, 2015, 187 Wn. App. 1033. *Denied* January 6, 2016.

*State, Respondent, v. Conner, Petitioner*, No. 92031-1. Petition for review of a decision of the Court of Appeals, Nos. 43762-7-II and 45418-1-II, June 4, 2015, 188 Wn. App. 1003. *Denied* January 6, 2016.

*In re Det. of Breedlove, Petitioner*, No. 92035-4. Petition for review of a decision of the Court of Appeals, No. 70750-7-I, May 18, 2015, 187 Wn. App. 1029. *Denied* January 6, 2016.

*Bressler et al., Respondents, v. Sullivan et al., Petitioners*, No. 92036-2. Petition for review of a decision of the Court of Appeals, No. 72027-9-I, June 29, 2015, 188 Wn. App. 1034. *Denied* January 6, 2016.